AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———— DISTRICT OF ————

**FILED**
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Eric Shannon

WAIVER OF INDICTMENT

CASE NUMBER: 07-257

I, __Eric Shannon__, the above named defendant, who is accused of

__Receipt of Bribes by a Public Official (in Violation of 18 U.S.C. § 201(b)(2)(A)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 25, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Eric Shannon_
Defendant

_[signature]_
Counsel for Defendant

Before _Henry H. Kennedy_
Judicial Officer