**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 07-257 (HHK)** |
| | : | |
| **ERIC A. SHANNON,** | : | |
| | : | |
| **Defendant** | : | |

_____

## SENTENCING MEMORANDUM

On October 25, 2007, Mr. Shannon plead guilty to a one-count, Information charging him

with Receipt of Bribes by a Public Official, in violation of 18 U.S.C. § 201 (b)(2)(A).  He will

appear before this Honorable Court for sentencing on February 21, 2008.  Mr. Shannon, through

undersigned counsel, respectfully submits the following information for the Court's

consideration in determining a fair and just sentence.

## BACKGROUND

On October 2, 2007, a one-count information was filed charging Mr. Shannon with

Receipt of Bribes by a Public Official, in violation of 18 U.S.C. § 201 (b)(2)(A).  Mr. Shannon

pled guilty to the information on October 25, 2007, pursuant to a written plea agreement.

Pursuant to the plea agreement, the government agreed to a three-level reduction for acceptance

of responsibility, pursuant to §3E1.1.

The Pre-Sentence Report calculates the applicable sentencing range under the United

States Sentencing Guidelines (hereinafter "Guidelines") as a range of 12 to 18 months.  See PSR,

¶ 63, pg. 13.  There are no disputes to this calculation, however, Mr. Shannon submits that the

factors identified in 18 U.S.C. § 3553(a) support his request that he be given a sentence below

the applicable guideline range.

## ARGUMENT

Notwithstanding the agreements stated in the plea agreement, it should be noted, however, that the Guidelines are not mandatory, but merely advisory. The factors identified in 18 U.S.C. § 3553(a) support Mr. Shannon's request that he be given a sentence below the applicable guideline range. The Court must consider the Guidelines, along with the other factors set forth in 18 U.S.C. § 3553(a). United States v. Booker, 543 U.S. 220, 260 (2005). These factors include: "The nature and circumstances of the offense and the history and characteristics of the defendant; . . . the kinds of sentences available; . . . the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and . . . the need to provide restitution to any victims of the offense." 18 U.S.C. 3553(a). Pursuant to 18 U.S.C. § 3661,

> No limitation shall be placed on the information concerning the
> background, character, and conduct of a person convicted of an
> offense which a court of the United States may receive and
> consider for the purposes of imposing an appropriate sentence.

After considering all of the factors set forth in § 3553(a), the Court must impose a sentence "that reflect[s] the seriousness of the offense, promote[s] respect for the law, provide[s] just punishment, afford[s] adequate deterrence, protect[s] the public, and effectively provide[s] the defendant with needed educational or vocational training and medical care." Id. at 765 (citing 18 U.S.C. § 3553(a)(2)). Section 3582 of Title 18 provides:

> [t]he court, in determining whether to impose a sentence of
> imprisonment, and, if a term of imprisonment is to be imposed, in
> determining the length of the term, shall consider the factors set
> forth in Section 3553(a) to the extent that they are applicable,

2

**recognizing that imprisonment is not an appropriate means of promoting correction and rehabilitation.** (Emphasis added).

With that limitation and considering all of the purposes of sentencing, the Court must impose a sentence that is "sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph [(a)](2) [of § 3553]." 18 U.S.C. § 3553(a).

As the Supreme Court recently confirmed, courts are "no longer . . . tied to the sentencing range indicated in the Guidelines." Cunningham v. California, 127 S. Ct. 856, 867 (2007). Instead, courts are "obliged to 'take account of' that range along with the sentencing goals Congress enumerated in the [Sentencing Reform Act] at 18 U.S.C. § 3553(a)." Id. (quoting Booker, 543 U.S. at 259, 264); see also United States v. Pickett, 475 F.3d 1347, 1351 (D.C. Cir. 2007) ("The Court's remedial opinion [in Booker] required the district court to treat the Guidelines as advisory only and as simply one factor to be considered in sentencing.").

A review of all of the applicable factors set forth in § 3553(a) demonstrates that a sentence other than incarceration would be warranted in this matter, and that a sentence of imprisonment within the Guideline range would be greater than necessary to meet the sentencing purposes set forth in § 3553(a)(2).

**I.     Factors of Mr. Shannon that the Court Should Consider under § 3553(a)(1)**

*I.     Nature of the Offense*

The crime to which Mr. Shannon pled guilty to is a very serious offense. His conduct has not only caused great hardship, embarrassment and pain to himself, his former co-workers, and the government for the District of Columbia - but it has also had a detrimental effect on his position in his community, his church affiliations, and his family. As the PreSentence Report

3

states, sometime between the end of 2006 thru June 23, 2007, Mr. Shannon accepted cash payments from individuals in lieu of individuals completing their court ordered community service. In return for payment, Mr. Shannon attested to the completion of community service hours that were not performed. Mr. Shannon deeply regrets these actions and is very remorseful for the harm he caused to the integrity of criminal justice system, his children, his family, and the individuals and/or entities who were harmed by his actions. Further, his actions were broadcast in a newspaper article in the D.C. Examiner on October 5, 2007.[1]

On June 23, 2007, Mr. Shannon took $400.00 from an individual in lieu of that person completing their community service requirement. Several hours after this interaction occurred on June 23, 2007, Mr. Shannon was interviewed by members of the F.B.I. and the D.C. Office of the Inspector General (O.I.G.) at his home. Upon confrontation by the agents, Mr. Shannon was very candid and cooperative regarding his actions. He immediately admitted his wrongdoing and expressed deep regret for his actions. At that time, Mr. Shannon admitted to taking $400.00 from a community service candidate who had not completed the required community service hours. During this interview with agents of the F.B.I. and O.I.G., Mr. Shannon gave a voluntary statement admitting to his wrongdoing. Mr. Shannon also voluntarily gave the $400.00 he had received earlier that day to the agents.

## II.    *Characteristics of the Defendant*

Mr. Shannon is a 42-year-old man who has been a lifelong resident of the metropolitan D.C. area. Mr. Shannon's parents and his three siblings all reside in the metropolitan D.C. area and share a close relationship with one another. Mr. Shannon attended Dunbar Senior High

---

[1] A copy of the newspaper article is attached as Exhibit 1.

School in Washington, D.C. but did not graduate high school.[2]  He completed his eleventh grade

year but withdrew during his senior year of high school to begin supporting his oldest child, Eric

Jr.

Since the birth of Eric, Jr., Mr. Shannon has been committed to raising and financially

supporting his children.  Mr. Shannon takes great pride in his relationships he has with his

children, in particular Mr. Shannon is committed and focused on maintaining a positive role

model for not only his children but for other children within his community.  Mr. Shannon has

three sons and 2 daughters:  Eric, Jr. (age 23); Brian (age 19); Emoni (age 13); Erica (age 12);

and Tyreke (age 8).  As evidenced by the attached letters written by the mothers of Eric, Jr.,

Emoni, Erica, as well as the grandparents of Tyreke,[3] Mr. Shannon is a wonderful, involved,

committed, and constant force in the lives of his children.

Of particular note is the decision Mr. Shannon has made regarding his youngest son

Tyreke.  Tyreke's mother, Trina Leocadio, died from leukemia in December 2004, which was

obviously a very traumatic time for Tyreke and the family.  After her death, Mr. Shannon took

steps to obtain full custody of Tyreke however, Trina's parents (Tyreke's grandparents) - Valerie

and Curtis Taylor - requested that Tyreke remain in their household because they did not want

him separated from his half-sister.  Despite illness that the Taylor family face, Mr. Shannon

agreed to this arrangement as long as he could remain a vital part of Tyreke's life.  The letter

written by the Taylor's further evidences Mr. Shannon's commitment to raising his son and also

---

[2]  Mr. Shannon has renewed his interest in obtaining his G.E.D.  He is currently enrolled
in a course and plans to obtain his G.E.D. sometime this year.

[3]  Please see the attached letters in Exhibit 2.

assisting in any way he can to their entire household.

In addition to being a loving and committed father, Mr. Shannon is also a committed husband. Mr. Shannon has been married to Jacqueline Hunt-Shannon for almost five years. They are very involved in their community and are active members of their church, United House of Prayer. In addition to Mr. Shannon's commitment to his church, he is also actively involved in the church's marching band. Mr. Shannon is the band director and has been instrumental in coordinating annual trips to perform in Georgia and North Carolina. As evidenced by the attached letters from his family, church members, marching band members, and friends[4] Mr. Shannon's commitment to his community is firmly rooted. He has led a life committed to helping his community and helping young males in his community to become active and productive members of their own communities.

Throughout his life, Mr. Shannon has tried to do the right thing and be a strong positive influence for those in his community. In addition to these values, Mr. Shannon also has a strong work ethic. He has consistently been gainfully employed since he left high school in the eleventh grade to begin providing for his son. Since October 2007, Mr. Shannon has been employed as a driver and youth counselor for the YMCA Calomiris Center in Washington, D.C. As evidenced by the attached letter[5] from his supervisor - the Director of the YMCA Calomiris Center - Mr. Shannon is a dependable and reliable employee. In addition to this full-time position at the YMCA, Mr. Shannon also works at a hair salon part-time. As attested to by his supervisor at the salon, Mr. Shannon is "very reliable and one of the best employees" the salon has had. See PSR,

---

[4] Please see the attached letters as Exhibit 3.

[5] Please see this attached letter as Exhibit 4.

¶ 52, page 10.

Importantly, despite Mr. Shannon's actions in this case, Mr. Shannon still receives

support from his former co-workers at the D.C. Department of Public Works as well as an

employee of the Office of the Attorney General for the District of Columbia Criminal Section

responsible for the community court diversion program.  The attached letters[6] written by those

directly affected by his unlawful conduct further evidence that Mr. Shannon is a hard worker and

that his conduct in this case is out of character.

The combination of Mr. Shannon's employment history, family responsibilities, his

extremely close relationship with his children, his commitment to his church, and his

commitment to his community clearly warrant a sentence below the applicable guideline range.

This crime clearly constitutes aberrant behavior on his part.

III.      The Kinds of Sentences Available

In determining a just and fair sentence in this case also requires that this Court consider

the different types of sentences available.  Imprisonment is one of many options this court may

consider.  This Court should be advised that according to the Administrative Office of the United

States Courts, the monthly cost of imprisonment is $2,036.92.  See PSR ¶ 75, page 14.  If this

Court imprisons Mr. Shannon for a period of confinement pursuant to the sentencing guideline

range in this case (12 to 18 months), the cost for such imprisonment would range from

$24,443.04 to $36,664.56.  However, if this Court were to sentence Mr. Shannon to a period of

electronic monitoring pursuant to the sentencing guideline range in this case (12 to 18 months),

the cost of electronic monitoring would range from approximately $1,170.00 to $1,755.00.  This

---

[6] Please see the attached letters as Exhibit 5.

cost for electronic monitoring ($3.25 per day) could be imposed upon Mr. Shannon and not the community. In addition to imposing the cost of electronic monitoring, this Court could also impose a fine and a period of substantial community service.

The imposition of a sentence of imprisonment in the instant case would serve no purpose other than punishment. A sentence of imprisonment on him would prove more detrimental to his character than rehabilitative or instructive. Punishment is indeed one of the purposes of sentencing, but the toll the instant case has taken on his spirits, his community, and his family, and the fact that, in any case, conditions will be imposed and his liberty restricted certainly serve - in Mr. Shannon's case - as adequate punishment.

   IV.    *Disparity in Sentencing*

Imposing a sentence below the Guideline range would not promote an unwarranted sentencing disparity. Disparities arise not only from sentencing determinations by courts, but from charging decisions made by the government and by an individuals' ability or inability to successfully cooperate with the government. In the District of Columbia, the United States Attorney's Office has the unilateral ability to determine whether any particular defendant should be charged in local court or charged in federal court. If Mr. Shannon had been charged in Superior Court, The Superior Court of the District of Columbia Voluntary Sentencing Guidelines would apply. Under those guidelines, the appropriate sentencing range for a person convicted of bribery with no criminal history - as is the case with Mr. Shannon - would be a range of 6 to 24 months whereby either a term of prison, a short split sentence or straight probation may be imposed. Therefore, Mr. Shannon would be eligible for a term of straight probation if his case had been prosecuted in Superior Court. Therefore, the fact that a straight probation term is not

available to Mr. Shannon under the Guidelines in district court demonstrates an unwarranted sentencing disparity under § 3553(a).

In addition, Mr. Shannon was not afforded a plea offer that would allow for a lesser penalty.  Prior to a charging decision made by the U.S. Attorney's Office, Mr. Shannon was told that he was potentially facing a wide variety of charges ranging from a federal bribery charge, a federal charge of theft from the U.S. government, a federal wire fraud charge, to a D.C. Code offense of honor services fraud to a D.C. Code offense of obstruction of justice.  During the plea negotiations, undersigned counsel requested that Mr. Shannon be afforded a plea offer to bribery in violation of 18 U.S.C. § 201 (c)[7] which has a maximum penalty of no more than two years, rather than the current offense which has a maximum penalty of no more than fifteen years. Unfortunately this offer was rejected and Mr. Shannon ultimately pled guilty.  Further, it should be noted that in the majority of cases resolved pre-indictment, the government typically requests that a defendant receive the low-end of the guideline.

When considering potential disparities and the Guidelines, the Court should also consider that in 2003, the Sentencing Commission issued a policy statement, contained in U.S.S.G. §5K3.1, in which the Commission approved of a downward departure of up to 4 levels for defendants who agreed to plead guilty very early on in the proceedings.  Disparities unrelated to a defendant's offense or criminal history occur based on the disparate use of this policy statement among United States Attorneys' Offices.  Our district does not have such a program, while others

---

[7]  Both government counsel and undersigned counsel had a previous case with similar facts whereby the defendant was afforded a plea offer to a bribery offense that had a maximum penalty of no more than two years which was the basis for the request in this case.  See Criminal No. 06-150 (HHK).

do.

The merits of the policy statement in § 5K3.1 are readily apparent.  Early dispositions conserve scarce prosecutorial and judicial resources.  Section 5K3.1 implements the Sentencing Commission's desire that defendants who agree to plead early on in the proceedings receive additional dispensation.  Here, Mr. Shannon admitted his guilt to the investigative agents as soon as he was confronted and indicated his willingness to plead guilty very early on in the proceedings.  Mr. Shannon saved scarce prosecutorial and judicial resources by his early decision to cooperate with law enforcement and pled guilty in a timely fashion.  Therefore, if § 5K3.1 applied in the District of Columbia, it is likely that Mr. Shannon would have received a four level reduction.  A four level reduction in the offense level here would reduce the Guidelines range from 12 to 18 months, a guideline range in Zone D, to 4 to 10 months, a guideline range in Zone B - thereby resulting in an opportunity to receive a term of straight probation.

## CONCLUSION

For all of the foregoing reasons and such other reasons that may be discussed at the sentencing hearing in this matter, Mr. Shannon respectfully submits that a sentence of probation with conditions such as electronic monitoring, community service, in addition to any monetary penalties this Court sees fit, is adequate to promote the relevant sentencing objectives at issue in this case.

Sentencing Mr. Shannon to a term of  probation is "sufficient, but not greater than necessary to reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence, protect the public, or effectively provide Mr. Shannon with needed educational or vocational training and medical care."  See 18 U.S.C. § 3553(a).

10

_____Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

11

Send to Printer          << Back to Article

# ⊗examiner.com

## Local

D.C. public works supervisor accused of taking bribes



(Courtesy, D.C. Department of Public Works)
Officials pose in front of a Department of Public
Works' trash pick-up truck in this undated photo
in Washington. A supervisor from the department
has been charged with allegedly taking bribes for
letting people avoid community service.

Scott McCabe, The Examiner
2007-10-05 07:00:00.0
Current rank: # 333 of 5,410

**WASHINGTON -**
A D.C. public works supervisor has been charged with taking bribes in exchange
for letting people avoid performing community service, according to documents
filed in U.S. District Court. Eric A. Shannon, 41, a sanitation foreman who oversaw
first-time offenders assigned to clean the streets, cut grass and remove graffiti
each weekend, is accused of taking money and letting at least six offenders leave
without performing their service. Shannon resigned from the D.C. Department of
Public Works last week, according to a spokeswoman with the agency.

In June, Shannon asked for and accepted $400 from one offender in return from
providing a signed letter on Department of Public Works stationary falsely stating
that the individual had completed 88 hours of community service over the next five
weekends.

The first-time community service program is run by the D.C. Office of the Attorney General criminal division. Under the
program, the offenders agreed to perform the work and the attorney general will dismiss the offender's pending case.

Shannon was charged with bribery by a public official in court papers Thursday. He was charged by information, which is
usually an indication of a guilty plea when a defendant waives his right to a grand jury, court officials said.

Assistant U.S. Attorney Timothy Lynch declined comment at this stage of the proceedings, citing court rulings. Defense
attorney Danielle Jahn declined to comment.

smccabe@dcexaminer.com

**dc examiNation and poll: What do you think about the D.C. public works supervisor accused of taking bribes?**

*Examiner*

Lavonne S. Coates
4705 Akron Street
Temple Hills, MD 20748

January 12, 2008

Honorable Henry H. Kennedy
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Kennedy:

I am writing to you on behalf Mr. Eric Shannon.  Eric and I have known each other for about 25 years; he is the father of my 23 year old son, Eric Jr.

I don't have a long fancy letter with big words that I think might catch your attention, just the truth.  I was absolutely wordless when I heard the news of Eric's pending charges.  I can not image what could have occurred that would have prompted Eric to make a decision that was so far from his character.

Eric is a constructive role model in the community; he's heavily involved with church, he mentors to the youth and he's a wonderful father.

Eric is and has always been a solid influence in our son's life.  He has been the positive force needed in raising a male child.  Eric has always displayed upstanding behavior and has taught our son the meaning of being a man.  Together and with the grace of God we have raised a wonderful young man who is now a positive contribution to society.  Unfortunately, I have not been able to inform our son of this incident, as I'm sure it would devastate him.

Honorable Kennedy, words can not express how much of an impact Eric has made on our son and in our lives!  I hope that the court will have mercy on him.  I am sure through this tribulation he has learned the importance of something he has always taught our son, the importance of good judgment!

Respectfully,

Lavonne S. Coates

Joann Shannon
3 W Lilyfield Ct
Durham, NC 27703

January 30, 2008

Honorable Henry H. Kennedy
United States District Court
333 Constitution Ave, NW
Washington, DC 20001

Dear Judge Kennedy:

I am writing this letter on behalf of Eric Shannon. My name is Joann Shannon and I was married to Eric Shannon for about two and a half years. We have a 13 year old daughter named Emoni Shannon. My daughter and I have relocated to Durham, NC. We have been living in North Carolina for a little over 7 years.

Although Emoni is now living hundreds of miles away, Eric has remained a constant force in her life. He encourages her to strive to be the best in everything she does. He has traveled to North Carolina on different occasions to support our daughter for school functions as well as church functions. He has also assisted her with school assignments over the telephone. Eric is a big part of our daughter's life. She looks to him for guidance and support.

Eric has come a long way from when I first met him and I am proud of what he has accomplished. He knows that he made a bad decision and is very regretful. I hope that the court can have a little mercy on him.

Sincerely,

*Joann Shannon*  1-30-08

Joann Shannon


*Bobbie C. Baldwin*
1-30-08
Commission Expires November 9, 2010

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20011


January 2, 2008


Dear Judge Kennedy,

My name is Kimberly M. Gray; I am the mother of Mr. Eric Shannon's 12 year old
daughter Erica Shannon. Eric is a caring and loving father to Erica always there to
support her physically and emotionally. Since I have know Eric (about 14 years), He has
always been involved with the youth in his community from the band to the summer
camps to mentoring at risk kids.

Eric and Erica have share a very close father/daughter relationship; she is a member of a
competition dance team and travels out of town frequently to perform in competitions
and Eric is always there to help cheer her and her team on. He truly believes that our
youth need all the encouragement and help they can get.

 Although Mr. Shannon is not my oldest daughter's biological father he has given
emotional and financial support to her thru the years she is now 21.

Eric helps provide transportation for his daughter to get back and forth to dance and she
spends every other weekend with him. Of course I depend on his financial support to
help with her daily expenses.

I really believe that Eric Shannon has learned a valuable lesson in all of this, and I hope
that he will be given a second chance to show that he is a productive resident of the
District of Columbia.




Sincerely,

Kimberly M. Gray

Mr. & Mrs. Curtis Taylor
6802 Farragut Street
Hyattsville, MD 20784
(301) 773-1315

February 4, 2008

The Honorable Henry H. Kennedy
US District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Honorable Judge Kennedy:

This correspondence is forwarded to your attention on behalf of Mr. Eric A. Shannon. Mr. Shannon has become a vital part of our family. Our family came to know Mr. Shannon through his relationship with our daughter Trina Leocadio during 1998. Upon meeting him my husband and I were smitten by his warm demeanor and caring spirit. During the next several years we forged a bond with Eric and began to consider him a part of our family. My husband was sort of a mentor to Eric, always encouraging him to reach his full potential, which led to him applying and gaining employment with the D.C. Department of Public Works (DPW) in 1999. Mr. Shannon demonstrated the willingness to work hard and good leadership skills which eventually afforded the opportunity for him to advance in his career with DPW. My husband and I were very proud of his accomplishments and determination to succeed, as my husband served as his supervisor at DPW.

December 10, 2004, drew Eric even closer to our family, it was during this time that our daughter Trina Leocadio succumbed after a long bout with Leukemia. At that time she and Eric were the parents of our 4 year old grandson Tyreke Leocadio. This was an extremely difficult time for our family, as my husband was diagnosed the previous year with chronic lung disease, which results in frequent extended hospitalization and the use of oxygen. As a father Eric stepped right up to take custody of Tyreke. However, it was our family's request that Tyreke not be separated from his sister, therefore, Eric agreed to share joint custody and allow us to have guardianship of our grandson. Therefore, Eric's only request was that he be allowed to be a vital part of his son's life, if he agreed to allow him to stay with us. This has been a stressful situation as times, considering the failing health of my husband, however, Eric has been there every step of the way. No matter what task is asked of him, he always avails himself to assist us. He will provide transportation, prepare meals, assist with homework, accompany to appointments, or whatever else we may need, this is what we depend on most. Eric's constant and dedicated presence in his son's life offers the security Tyreke urns for in his life. Together we have been able to afford our grandson with a loving, stable, and productive life We are beginning to prepare for the inevitable day that Tyreke will have to transition into the full time custody of his dad, as we know my husband's deteriorating health will not allow us to continue raising our grandson.

Words can not explain how much Eric means to our family and we depend on him. To be without him for any period of time would be a hardship on our family. We love and need him now more than ever.

Respectfully,

Mr. & Mrs. Curtis Taylor

# JACQUELINE L. HUNT-SHANNON

1220 7th Street, NW #101 ~ Washington, DC 20001
202-487-5397 (c)
jhunt1220@yahoo.com (e-mail)

February 8, 2008

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Kennedy:

I am writing on behalf of Mr. Eric Shannon. I have known Mr. Shannon for the past 11 years, and we have been married for almost 5 years. He is a good family man and my grandchildren love him dearly. There is never a time that when they see me or call, and after speaking to me their next question is 'Where is Eric?'

When I first met Eric, he had a small group of young men that he mentored. I was very impressed in his thoughtfulness to teach them discipline, integrity and self-worth. To this day, these young men hold him in the highest esteem. Eric appears to know someone in every part of the District of Columbia, and I've never heard anyone say a negative thing about him. It's always that he's a good guy, looking out for the next person, has a caring spirit, etc. He is a dedicated hard-worker and likes to ensure that the job is done correctly and that it is complete. He is a genuinely good person, even though this course of action makes it appear differently. I have never known Eric to step outside of the lines of the law since I met him. We are both actively involved in the United House of Prayer and attend on a regular basis. We both also participate in the marching band (Madison Sunriser's), I as the President and Eric as the Band Director, and we travel with a group of young people to Savannah, GA and Charlotte, NC annually, as well as participate in the House of Prayer's annual Memorial Day Parade and other local events.

I believe that this turn of events has taught Eric a valuable lesson, and that even the mere thought of this ever happening again is not even a question.

We have sat and discussed what direction does he take from here, and he has already enrolled in a course to get his GED, he is currently employed and searching for better employment, and further encouraging our young people to live a good and moral life.

I ask that as you review his case please take into consideration that we all stumble along the way, and we all deserve a second chance.

Sincerely,

Mrs. Jacqueline Shannon

Honorable Henry H. Kennedy                                    January 5, 2008
United States District Judge
333 Constitution Avenue, N. W.
Washington, DC 20001

Dear Judge Henry H. Kennedy

I am writing this letter on behalf of Eric Shannon, to express his character as I know him.  First, I
would like to say Good Day your Honor.  My name is Shirley Burnett a first cousin of Eric
Shannon and a resident of the District of Columbia for 49 years.  I am currently a Case Manager
at the District of Columbia, Department of Youth Rehabilitation Service and was very proud to
put Eric's name on my application as having a family member who worked for DC Government.
I am a pillar of my community graduating from University of the District of Columbia, School of
Social Work then going on to Howard University to receive my Master in Social Work.

I have known Eric Shannon since he came into world.  I can remember when my aunt brought
him home from the hospital he was cute as a button.  Eric is a product of the Shannon and
McKenzie families.  Both families are dominated by women, so the men receives special
attention   Eric is very close with his siblings, aunts, uncles, and cousins; he the comedian at the
family gathering sharing laughter.  Because our families are very close, and once Eric began
having his own children I must say, he maintains a constant figure in their lives.  Eric love for
music has been passed down to his children especially his son.  Eric's son has a GO-GO band
called Critical Condition Band (CCB) that originated in the District of Columbia, that's doing
well.  So well, that his son was the main speaker at the Department of Youth Rehabilitation
Service recognition ceremony for trouble youth who have made monumental steps to change
their lives.  I said that to say this "in the back of the room at that ceremony was Eric" looking
like a proud father.  When his son's band performance in-town or out of town he is there
supporting his son by making sure that all is safe.

Eric life began at church, it was at church were Eric talent for music started.  He began to play
instruments in elementary school and later became a drum major at Shaw Junior High School.
When the band would practice the community would come out to cheer them on.  Under the
direction of Eric and school staff, Shaw Junior High School was the first Junior High School in
the District of Columbia to participate in the Macy's Thanksgiving Day Parade.   Then again
making history Eric participated with Cardoza Senior High as the first High School in the
District of Columbia to participate in the Rose Bowl Parade and then performing at the Rose
Bowl game during half time.  Through Eric's music abilities he left our home church and joined
another neighboring church United House of Prayer to participate in there band.  Twice yearly
the church entertains the community with a parade and day of events.  It was at those parades
that Eric would entertain the community with his Drum Major style.  As a result, Eric became a
well known in the community.  Neighbors, friends, and business owners waited in temperatures
which were either hot or cold to see Eric Shannon do his thing.

Eric Shannon
Character Letter Page 2

To support my college tuition I was a shampoo girl at a well known salon.  I supported Eric in getting him a job at that salon.  Eric pretty much took my place and he did a very good job.  Since he was well known in the community he got a shampoo position at one of the salons in the neighborhood.  During his tenure at that salon which gave him a flex schedule to do other ventures.  One of the ventures that I recall was when he started a youth program with the support of his church.  He named his program "Pride of DC" and is mission statement was "Trying To Raise Men One Boy At A Time".  Eric worked with kids from age 12 – 15, teaching them music, social skills, and prayer.  On one occasion he had me come in to speak with the youth about the effects of drugs and alcohol use.  He had a group of inquisitive young men who asked a lot of question.  Once I completed my presentation, I told Eric that he has a group on his hands.  Eric continues to work with young people and have been an advocate for youth since that venture.  Annually, Eric host and sponsor an event E-Time Keep the Peace Basketball Tournament.  Eric currently has a full-time position at the YMCA as a youth counselor and driver for the program.

Lastly, when our family heard about Eric's unfortunate, a dark clown hovered over both families, but because we are spiritual in nature, we hovered over Eric, first prayed and then showed him that we support him through this and any occurrence which he may have in his life.  I personally have a lot of connections in the city to support Eric with working with youth.  I believe this experience has given Eric direction and on the behalf of both families respectfully ask that Eric Shannon remain in the community and continue to support his family, church family, youth, neighbor, and community.

Sincerely,

Shirley Ann Burnett

Dear Judge Kennedy,

I have known Eric Shannon for more than forty years. We first met as kids, growing up in the same neighborhood. I later married his eldest sister. We have been married 25 years.

Since I have known Eric he has always had a passion for working with youth and has been a very active person in his community, volunteering with various youth groups within his church community. He also is an outstanding worker that goes to work everyday and is always on time.

When not at work, Eric is with his family. Doing things to help out around the house or helping other family members, but most of his free time he is working in his church. I think Mr. Shannon is a very kind hearted person that loves people.

During a conversation a few weeks ago, Eric indicated to me that he is working on a new job and he seemed excited about the new endeavor. Eric will be successful in whatever he tries to do with his life from this point on.

Eric is very remorseful and is looking to pay for his mistake so he can begin to repair his once esteemed reputation. To my knowledge, Eric has not had any legal troubles in his life and this is the first time.

Your Honor, please show leniency and do not impose any jail time on Eric, I truly believe he will take his punishment and abide by all rules and regulation you hand down.

Thank you for this opportunity.

Sincerely,

Carlisle Pipkin



THE HAROLD GROUP
*Financial Investments & Insurance*

December 30, 2007

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Sentencing Hearing of Eric Shannon

Dear Judge Kennedy,

Happy New Year, Your Honor. I understand that Mr. Shannon entered a guilty plea to Receipt of Bribes by a Public Official. Please consider the following information in connection with his sentencing hearing.

I have been friends with Eric Shannon for more than twenty-five years. Eric attended the neighborhood school, Shaw Junior High School. Although I attended Paul Junior High School, Eric became friends with many of my friends who were also members of my church, the United House of Prayer (UHOP). Eric was a member of the fabulous Shaw neighborhood band with many of the young men of the UHOP. As you may know, the UHOP has a music program that continues to be a positive and fulfilling social and spiritual outlet for both young people and adults. No doubt Eric's and my love for marching band music, as we often referred to it, built a bond that allowed us to share opinions, creativity, and laughter.

Eric and I later attended Dunbar Senior High school, where he was a member of the marching band and the football team, and I ran track. I went on to attend Virginia State University. Upon returning for breaks and vacations I would see Eric at church quite regularly; he had become a member of the church and marching band. Eric's jovial personality and his concern for the youth persuaded him to reach out to members and non-members by starting a drill team, which became second to none. One could often see the drill team, which included Eric's eldest son Eric Jr., practicing while marching down Seventh Street. The respect and discipline required of the young men was evidence of Eric's positive influence in their lives; they were extremely polite when encountered. While Eric was challenged with fundraising for trips, competitions, uniforms and being a male figure to many of the young men who were in one parent households headed by women, he remained committed.

Before this unfortunate ordeal caused Eric to leave his employment with Public Works, he did his job with pride and commitment. He loved his job, his co-workers, and the city he served. This dilemma of uncertainty has brought stress and shame to Eric, his family, church, and friends. Those of us who know him best know that he is remorseful and apologetic to the Department of Public Works, citizens of the District of Columbia, family, friends, and his God.

Even in this time of adversity Eric has attempted to remain positive and continues to be characteristically humble. Eric has gain full-time employment with the YMCA and also has returned to one of his passions, styling hair. He continues to be active with the church band and is always willing to help out his fellow community members. Based on my observations and interactions with him over the past 25 years, I can attest that Eric is a person of good character. I also am quite sure that Eric has learned a hard lesson, and that he intends to steer clear of any wrongdoing in the future. I am confident that he will continue to be a committed father to his children, a devoted husband, and a reliable friend to his friends and community.

Sincerely

Avron L. Harold Sr.

*Deborah L. Cunningham*
*430 N Street, NW #B*
*Washington, DC 20001*
*(202) 347-0074*

Thursday, December 27, 2007

Honorable Henry H. Kennedy
U.S. District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Kennedy:

I have known Mr. Eric Shannon for approximately twenty years. My first contact with him was at "church" where he volunteered to strip and wax the cafeteria floor.

My relationship with him became closer as he was instrumental in forming a Silent Drill Team of which my son was a member. I recall the respect and awe my son showed towards "Brother Shannon." I can attest to the fact that Mr. Shannon's work with the young boys in the community made a positive impact on encouraging them to perform community service for the senior citizens in the area on Saturdays and in shoring up their self confidence.

My son, now twenty-three years old, still pays "Brother Shannon" the highest respect and looks up to him.

While I am not sure if my son knows of the charges for which Mr. Shannon is in your court for, I can say with a certainty that he would not think that Mr. Shannon poses a threat to society. I would add that society is better served with a penalty that does not include incarceration. Why? Because I see the pain and hurt that members of the "church" feel and Mr. Shannon sees it too. He continues to attend with the understanding that many feel let down, some are disappointed and others, while understanding that we all "fall short," pray that he is restored. I do not think he can be truly restored (*and my definition of restored would be penalized in such a way as a lesson is learned but a soul is not lost*) if the punishment includes incarceration.

I pray that you are guided by compassion even knowing that many, many young and not so young African American males come before your court each day.

Thank you for your time and consideration,

Deborah L. Cunningham
(*A Parent of an African American Male*)

Dear Honorable Henry H. Kennedy

I Miss Dancy have know Mr. Shannon for abut 6 years who he is a neighbor.
He is a very kind and caring person who will help anyone that has a need.

Mr. Shannon is also a member of my church which is The United House of Prayer
For All People he has help organize one of the Marching Bands which is for the
young people male and female.  During this time he has also help the young
people stay focus on their school work and activities.

Mr. Shannon is a very loving person thought-out the community who has help so
many kids play basketball and to stay off the street he has setup many cookout for
the kids to come together and to enjoy with one another and talk about their troubles.

I Precious Dancy can say that Mr. Shannon has been such a great access in the Church
as well as the Community and has touch so many young people lives and to let them
no that you can work hard and have fun doing so.

He is a loving father and husband to his family.  I personal enjoy him because he is a
very positive person to the youths of today.

I have 100 percent confidence that this will never happen again because he is a very
proud person and this has brought shame on his family and friends.  We all do believe
and support him all the way because he is an excellent person and friend to many.

Sincerely yours,

Precious Dancy

Dear Honorable Judge Henry H. Kennedy,

I am writing this letter of character on behalf of my friend, Eric Shannon. I have known Eric for about 15 years. I met Eric through church affiliation. I recall one of my first impressions of Eric was when he organized a group of very young boy's and formed a military group with them. Eric, being a young man himself, took his personal time to instill discipline, showing personal interest, and displaying a loving attitude towards this group of boys. Eric's mentorship as well as personal interest is something I feel is widely needed in the communities we live in today; it takes a special person to step forward with action, and Eric did that.

I also recall Eric's involvement in the church marching band. There, he was always busy trying to make sure that the younger people were organized and doing what they were supposed to do. Finally, Eric joined a church group of which I am a member. It was then that I observed first hand Eric willingness to work and formulate great ideas, which often lead to the betterment of the group. He was enthusiastic about working and took his tasks seriously.

I sincerely feel that Eric has learned from his actions, which has caused him to be in the legal predicament he is in today. I do not believe that Eric would be a repeat offender, but instead would take a step towards sharing with others the importance of following the letter of the law.

I know from my conversations with Eric that he has begun a new job, which to me is an indication of the positive person he is. This also demonstrates to me Eric's determination to do the right thing and not wallow in self-pity.

In my conclusion, I would respectfully ask the court for its leniency towards someone whom I consider a friend.

Respectfully submitted

Edwin Treadwell Jr.

Mr. Douglas C. DeLaney
1108 McCollough Court NW #403
Washington, DC 20001
December 28, 2007


**Honorable Henry H. Kennedy**
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001


Dear Judge Kennedy:


My name is Douglas C. DeLaney, I am an associate minister with the United House of Prayer For All People and employed with the District of Columbia Government. I am writing this letter on behalf of Mr. Eric Shannon, I have known Mr. Shannon for close to 20 years and in this time, I have always found Eric to be a very sincere, honest and industrious individual an all around "good guy".


In the past, Mr. Shannon organized a group of young men called the "Pride of D.C.", a mentoring group catering to the needs of young African-American males ranging from 10 to 18 years of age. Having prior military experience, Mr. Shannon enlisted my help with this endeavor which I was more than willing to assist seeing the need to help motivate and cultivate the lives of these young men. Some of these young men have gone on to college one of our alum is a graduate of Princeton University and currently in graduate school at Harvard University.

Mr. Shannon has sponsored trips for these young men one trip in particular was to the United States Military Academy in West Point, New York. I have personally seen times when Mr. Shannon would use money from his pocket to ensure that these young men would have food to eat and other necessities of life. Mr. Shannon has been very instrumental in assisting in community events sponsored by the Church, just this past August 2007 Mr. Shannon tirelessly canvassed the Mount Vernon-Shaw neighborhood seeking support from the residents to petition the city to allow the United House of Prayer to conduct our first street baptism in over 25 years.

Your Honor, as previously stated, I believe that Mr. Shannon no, let me say. I "know" Eric to be a man of high moral character, integrity and honesty. Mr. Shannon is a man who loves his family, is extremely passionate in what he believes and gives 100% of himself.

As a man of strong faith and principle, I believe one of the greatest tests of a man's character is not what he does when he's up and things are looking well, but what he does when he is down and things seem the darkest. That man would look deep within and find the resolve to pick himself up and find his direction and move forward from there. Having spoken to Eric he knows there are no shortcuts in life, and there's one of two directions that we can take in life, the right or the wrong and I'm certain that Mr. Shannon has taken the right direction.

In my conclusion let me say that I write this letter without hesitation or mental reservation. Everything that I have written I truly mean from the depths of my heart and soul. I appeal to your compassionate side, that when all things are considered you will have found that Eric is truly a

**Honorable Henry H. Kennedy**
**December 28, 2007**
Page 2

man of integrity, honesty and humility who is deserving of one of the greatest benefits that you and our judicial system can provide and afford to an individual, the opportunity of a second chance.

Thank you for your time and consideration.

Sincerely,

Elder Douglas C. DeLaney



Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

January 5, 2008

Jeffrey Tate
Marketing Manager
JET Magazine
820 S. Michigan Ave.
Chicago, IL 60605

Your Honor,

I've known Eric Shannon since I was 15 years old. When I first met Mr. Shannon he was eagerly trying to get me involved with the Drill Team he was assembling with the United House of Prayer for all People. This Team was comprised of many other 12-16 year olds from my neighborhood.

I always will and still consider Mr. Shannon as one of my mentors. While I was on the Drill Team, I quickly became his go-to guy and made sure that all the other guys were present and accounted for in everything we did. I learned some pivotal life lessons being around Mr. Shannon. He ultimately taught me that you have to work hard to get where you want to be in life. He never let any one of us give up or say that we couldn't do something. He knew and believed in all of us, even if or when we may not have believed in ourselves.

He always made us carry ourselves and behave with the utmost respect. He learned a lot while he was in the armed service and made sure to pass on those lessons to us growing up in the neighborhood. He realized the importance of having positive role models for young black men. He's always been a very dependable and confident man. I can speak for all of us who were a part of the Drill Team, when I say that Mr. Shannon has truly impacted our lives for the better.

I'm not sure what Mr. Shannon did, but I can say that life means making mistakes and then learning from them. That's what Mr. Shannon reminded us of constantly. We knew that if we set our mind to making a positive change there was nothing that could stand in our way. He's diligent, creative, and an enjoyable person to be around. His future is bound for the top and I'm sure nothing will stand in his way!

Respectfully,

Jeffrey Tate

**JET Magazine......***When You Need To Know!*

February 5, 2008


Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Kennedy,

I am writing this letter on behalf of Mr. Eric Shannon.  I met Eric some years ago
when he joined the same church I attend.  Eric immediately, became involved
with the youth of the church.  He founded a military cadet club which consisted of
young males.  Under his guidance the club performed community services
helping senior citizens with their groceries, cleaning around the neighborhood,
marching in community and church parades, and overnight camping trips just to
name a few.  Mr. Shannon provided breakfast and lunch for the young boys on
such outings.  Because of Mr. Shannon some of those young children would not
have had breakfast or lunch.  Not to mention the values he taught them about
discipline; being courteous/polite; importance of school/homework; respect for
others; how to tie a tie; grooming themselves.

Mr. Shannon is also a very integral part of the church marching band.  He has
overseen these young men and women and children numerous times when
annually traveling to Savannah, GA., and Charlotte, N.C. with the church.
Parents including myself entrusted Mr. Shannon with the welfare of their children
during these weekend long trips.  He chaperoned while commuting on the bus,
lodging at the hotel and attending nightly church services.

Mr. Shannon is a very caring and giving young man.  He is a well thought of
individual.  Before asking of him he will volunteer to help in anyway he can.  If
afforded the opportunity he is and will be an asset to our community and church.

Sincerely,

Francina L. Eccles

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue
Washington, DC 20001

Re: Eric Shannon

Dear Judge Kennedy:

I am a long time high school who remained friends with Eric Shannon. I am
asking that you consider giving Eric a second chance in life. We all make mistakes and
at times we still make mistakes, this is the first mistake that Eric has made in his forty
two years of his life. I am willing to admit that I have made mistakes in my life before,
but what if someone would have given up on me, I would not be in the position that I am
today. There is no perfect person in this world and we all make mistakes. His parents
raised a fine son and Eric was always taught to do the right thing, but sometimes he tried
to test his parents and it landed him in trouble sometimes. He had the type of parents that
would talk to you and explain to you what you did was wrong and ask you firmly do you
understand, after the long talk was given, he was always given and hug and punishment.
The whole scenario is that he had forgiving parents who knew that he deserved another
chance, and to teach him that he would still have may challenges as an adult but to make
sure he followed the rules that he was taught as a young man. Eric is a very humble man
who knows that he made a bad decision and willing to admit that he made a mistake. Eric
deserves another chance to make up for that one mistake alone. If Eric is incarcerated
quality time would be taken away from his wife and family. I am asking for leniency that
Eric be given another chance in life, to continue to be a good friend, but not behind bars.

I would appreciate if you could take my words into consideration when rendering your
judgment.

Sincerely,

Shirley P. Davis-Williams

Shirley P. Davis-Williams
801 Eastern Avenue
Capitol Heights, MD 20743
(202) 669-3032

Mr.Lonnie Tabron
2518 Wayne Place
Cheverly, Maryland
20785

Honorable Henry H. Kenndy
United States District Judge
333 Constitution Avenue,N.W.
Washington, D.C. 20001

Dear Judge Kenndy,

I am a retired United States Capitol Police Officer, who have known Mr. Eric Shannon

for over 15 years.  We are members of the same church, which is  The United House Of

Prayer for All People.  We are actively on the same auxiliary in our church and I have

watched him over the years come up with many projects and fund raisers for the church

and many have turned out very successful.  He is known for his community work with

the youth in many neighborhoods as well as our church community. Mr. Shannon is also

the drum major for our church marching band, which travels all over the United States

performing.

As a career police officer, and knowing Mr. Shannon's character, I feel he has learned

from his error in judgment and quite capable of continuing to be a useful citizen in

his community as well as in our church.


Sincerely ,

Lonnie Tabron

Mr. Ronald Jones
1505 Benning Road N.E.
Washington D.C. 20002


January 7, 2008


The Honorable Judge Henry H. Kennedy
  c/o U.S. District Court
33 Constitution Avenue N.W.
Washington D.C. 20001


Dear Judge Kennedy;

  It is my intention to provide you with what I consider to be a very real view of the
gentleman soon to stand before you. I have known him since he was a little kid and in
that time I have witnessed the growth of that kid into a decent young man. I have been
able to share my experience honestly with him and whenever the opportunity presented
itself I have as best I could lend him good and orderly direction. I have been most proud
of him, as I have watched him overcome obstacles in his climb up the professional
ladder. The matter before you came as a devastating blow to me, because of my high
hopes and my vision for his promising career. I truly wish I could have you understand
that even though it hard to say that's not like him or this is so out of character. Well
Your Honor this is out of character and it really is not like him. Eric is not just my friend
he is in spite of this incident the kind of guy that can wear the label role model. He made
a big mistake and nobody knows it more than him. He has learned his lesson the hard
way in this life-changing ordeal. Eric has been hit pretty hard, but I have faith he will
regain his balance and somewhere somehow you will be able to say that I had that guy in
my court and look at him now, I'm really proud of him. Your Honor I don't take it for
granted that I get this opportunity to address you in this manner on his behalf. This is my
time to speak up about a guy who deserves a break and the leniency of your court. Thank
you very much for your time.


Respectfully Yours;

Ronald Jones

Mr. and Mrs. Cardwell
3512 Tolly Place
Springdale, MD  20774


January 3, 2008


The Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, NW
Washington, DC  20001


Dear Judge Kennedy:

My wife and I have known Mr. Eric Shannon for almost 20 years and were his neighbors
in the Shawn Community for about 10 years.  In the mid-nineties, Mr. Shannon organized
a drill team of which my son was a member, for young boys as an extracurricular activity
and mentoring program.  Mr. Shannon is a dedicated, responsible active member/booster
of the Sunrisers concert band of the United House of Prayer for All People, where he has
encouraged many young teens to learn and play musical instruments.  Mr. Shannon has
traveled yearly with the Sunrisers concert band to the annual parade in Savannah, GA and
the band exhibition in Charlotte, NC whereby he has volunteered countless hours to
coordinate the band's musical production.  Presently, Mr. Shannon is assisting with the
uniting of all of the concert bands of the United House of Prayers nationwide to produce
an audition video for Macy's Thanksgiving Day Parade for 2009.

It saddened my wife and me to hear of Mr. Shannon's lack of judgment; however, his
commitment to the community and the youth has not faltered.  We believe Mr. Shannon
is regretful and wished that he could erase his crime.

Mr. Shannon is awaiting the opportunity to leave the past behind and to look forward to
the future as a productive responsible citizen of the District of Columbia.

Sincerely,

Mr. Wyatt Cardwell, Sr.                    Mrs. Donna Cardwell

Dear Judge Kennedy,

My name is Ms. Warlene Carter-Moore; I am the treasure of the Madison Sunrise Marching Band of the United House of Prayer For All People of The Church On The Rock Of The Apostolic Faith of Washington, DC.

Your honor, I am writing this letter on behalf of Mr. Eric Shannon, our drum major. I am ware of the guilty plea that Mr. Shannon has entered.

He has been a member of this band for over 15 years. He has truly been an asset to this band. Our band consists of children from the community (Shaw) as well as members of our church community.

Mr. Shannon's loyalty and truly dedicated hours of service has been just unremarkable.

He has not only dedicated his time to the band but also his finance, any one would be willing to tell you that Mr. Shannon loves this band. When ever I need to go to the store to purchase water, T-shirts, hats or whatever is required of the band. Eric is there ready to take me. Your honor as a female (treasure), I have gotten on his reserve nerve sometimes being so demanding, but he never gave up on us (band).

When working with sometimes as many as over 200 personalities (band) it can become very difficult sometimes, but we as officers we over come. Mr. Shannon always says "let's do this"

I remember once we had an ordered for some Shirts (over 150) and we left that Friday night to travel to Savannah, GA, but the Shirts did not arrive before our departure. Eric being the person (loyal) went to Fed-Ex located in Landover, Maryland. Saturday morning, picked up our shirts and got on Amtrak (train) (over 12 hours) and brought them to us in Georgia for our parade Sunday, morning. this is the dedication of a drum major, because many of us admitted that we would have not taken that trip for those shirts. He was not coming to Georgia because of his job but he sacrificed. We took 1st place in the parade that year.

His dedication to our band is just unspeakable, he always has his hands into everything, he spends long hours in rehearsals we use his vehicle as a storage bin, sick call, food run, collector's office or just to take a break. I am not aware of many men that will allow use of there vehicle (trucks) in those manners. We have 3 major events that take place every year, Our Memorial Day parade which is located here in Washington, DC (May), our Peace Parade located in Savannah, GA (September) and our yearly competion in Charlotte, NC (October).

These are just some of the things that he has done; his heart and his desire is to continue to work with us as we continue to be the best.

In my conclusion he realizes, what he has done was wrong, but the hardest thing was to face the band and admit that he broke the law. He now has to work twice as hard to regain the confidentially of the children. Because they are our future.

Thank you,

Warlene Carter-Moore
Treasure
Madison Sunrise Marching Band
United House of Prayer
601 Mst. Street, NW
Washington, DC 2001

January 2, 2008

Dear Judge Kennedy,

I would first like to thank you for granting myself and others the opportunity
to provide you with a short letter regarding Mr. Eric Shannon. I have known
Mr. Shannon now for some 15 years or more and in this time of knowing
him I have experienced nothing but positive things from him.

My first real encounter with Mr. Shannon was when he organized a young
boys drill team with our church. Mr. Shannon was so dedicated to this
group of young men. He would take them out and expose them to many
positive things within the community and outside of the community. I
honestly believe he acted as a father/big brother to many of these youngsters
who had no or very little direction in their life. He would get the members
of the church involved by putting on appreciation banquets for the
youngsters as well as sponsoring trips for them.

Mr. Shannon has also assisted with feeding the homeless at Thanksgiving,
gathering toys for tots at Christmas, working in the church cafeteria and
sponsoring basket ball tournaments for the youth of the Shaw Community.

Your Honor, I hope and pray that you will see Mr. Shannon for the kind,
considerate and giving person that he truly is and have mercy on him during
his sentencing.

Sincerely,

Jasmine Fitchett

Jasmine Fitchett
(A true friend and church family member)

Joseph Heyward, Jr.
45 Madison Street NW.
Washington, DC. 20011

---

Honorable Henry H. Kennedy
U.S. District Judge
333 Constitution Avenue NW.
Washington, DC. 20001

Dear Judge Kennedy,

This letter is in reference to Mr. Eric Shannon. I have known Mr. Shannon for twenty years. Mr. Shannon is an outstanding member of the United House of Prayer for All People. His home base church is located at 601 "M" Street NW; our affiliations began there.

Mr. Shannon is serving as a mentor for a group of young men, encouraging them to become active in the church and community.

Mr. Shannon is a detailed and organized person; he solicits advice when additional information is needed and demonstrates leadership abilities. Mr. Shannon is very active in some of the churches' decision making.

Mr. Shannon is a team player and works well with others. I have known Mr. Shannon to be very family orientated; his family appears to be well rounded.

I ask that all facts be considered concerning the well being of Mr. Shannon; his church affiliations would be greatly affected without his presence.

Should you require further assistance, please contact me.

Sincerely,

Joseph Heyward, Jr.

February 2, 2008


Honorable Judge Kennedy



Re:  Character Reference for Mr. Eric Shannon


Dear Sir:

I am writing this letter of character reference for a dear friend, Mr. Eric Shannon, who will be appearing before you for charges related to his offenses.

I will tell you that I have known Eric for almost 20 years; with us first becoming acquainted on a professional level, as I am a licensed cosmetologist; and he approached me about rendering his services to assist me with my rapidly expanding clientele.

I agreed to hire Mr. Shannon as my assistant; and over the years we have become closer and even developed a friendship which has continued to this day.

Family has always been the motivational factor in every thing that Eric has done.  As a loving and caring father he has extended his nurturing spirit and concern for youth far beyond the boundaries of his own offspring and kin folk in general to include the youth in his church and the Shaw Community as a whole.

He is an active leader in the youth marching band; and, I have personally witnessed him being called upon to mediate problems that have arisen between the youth in the community.

Often he expresses that he would like to be able to do more for his children and the fact that he is always looking for ways to improve upon everything that he becomes involved in, in one of his strongest and most endearing attributes.  Specifically, I can attest for him looking for the "good" in everything and everyone; and there have not been many times when I've seen him deeply affected by many curves that life throws at us all at one point or another in our lives.

Eric was my assistant for several years (while holding down another full-time job), and asked for less than the minimum amount of pay that could have been easily given for his work, until my clientele increased and I was better able to pay him comparable to what his duties were.  However, during that period, never once did Eric complain; and, honestly I never expected him to.

There are many other testaments over the course of our friendship to Eric's character; and, I believe that these unfortunate events that have led to the predicament that he is in are the result of extremely rare lapses in judgment; but, should not be the measure for his character as a whole. The Eric Shannon that I know is an outstanding individual and I am ever so proud to call him friend.

Please give him the opportunity to continue his mentoring through life's experiences to the community, in which he is a tremendous asset; and, to his family, of which he is the adhesive that holds them together.

Thank you.

Respectfully,

Ms. Deidre Hawkins

Honorable Henry H. Kennedy
 United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

December 25, 2007

Dear Judge Kennedy,

My name is Abraham H. Parks (Retired MPD Police Commander) and I have known Mr. Eric Shannon for approximately Fourteen years. As a matter of fact Mr. Shannon is the father to my granddaughter. Since I have been acquainted with Mr. Shannon, I have found him to be a very caring, loyal and considered individual. He works with neighborhood children and has personally provided financial help as well as being a mentor to troubled youth.

In Mr. Shannon's spare time he works as a volunteer with senior citizens and the staff of the United House of Prayer in the 600 block of M Street, N.W. He cooks, runs earns and spends time just being a companion to members of his church.

During his employment with the Department of Public Works, I have observed him working with students that were part of the Youth Summer Program. Even thought some of the young people thought it was demeaning to clean up trash and tow vehicles, he would let them know how important it was to provide the public with quality service. He told them how hard work and a good education is the right recipe for success in life. Due to his commitment to the welfare of young people, I personally sent letters to his supervisors telling them of his value to the agency and children of the District of Columbia.

When Mr. Shannon advised me of his recent trouble, I was shocked and disappointed. We have talked about how this may affect his plans to mentor youth and what he needs to do to restore his trust. Mr. Shannon has assured me that he plans to work even harder to show that my faith and trust in him has not been in vain. He continues to work with senior citizens and young people while going through this legal matter. Because of his hard work, family support and dedication to the community I honestly believe that Mr. Shannon still has a lot to offer society.

Sincerely,

Abraham H. Parks (Retired MPD Police Commander)



**William and Peter Calomiris YMCA Program Center**
YMCA OF METROPOLITAN WASHINGTON

1906 Allison Street, N.E.      Washington, D.C. 20018      (202) 526-4233
Fax: (202) 269-0983

February 5, 2008

Dear Judge Kennedy:

My name is Carolyn Samuel-King and I am writing this letter on behalf of
Mr. Eric Shannon. I have known and worked with him for several years,
and can best describe him as being a person of good moral character and self
esteem. Mr. Shannon is a pleasure to work with simply because he's a team
player, who will do anything to assist his co-workers in completing a task or
meeting a required deadline. While working for a non-profit organization
one must understand the company's mission statement to allow it to be
successful, and Mr. Shannon can easily be defined as being a living role
model, to some of our young people, who in the past never had one. He has
very strong family ties, and really enjoys spending time helping others, not
to mention how he lights up with enthusiasm when asked to teach the kids a
new game or skill. Mr. Shannon has a caring heart, and it's evidence lies
within the bond he has with the community and the diversity of children in
our program. They enjoy him very much, and you can tell by the way they
all yell "Mr. Shannon"! and run to him for hugs and fives during their arrival
each day. It would only take a moment to see, that Mr. Shannon is a great
young man with a lot of potential, and a big heart.

Sincerely,

Carolyn Samuel-King

Director Calomiris YMCA



Jacqueline Scott Hall
3611 Clairton Drive
Bowie, Maryland 20721
301 262-6690

The Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Kennedy,

I am writing this letter on behalf of Mr. Eric Shannon, I am aware of his
guilty plea to Receipt of Bribes by a Public Official.

I am a Paralegal in the Office of the Attorney General for the District of
Columbia in the Criminal Section. I am the point person in the Office of the
Attorney General for the Community Court Diversion Program, in that
capacity I met Eric 5 years ago, when he became the point person for the
Department of Public Works.

I know him to be hard working and dependable, and he helped the program
to run smoothly and efficiently. I have developed a friendship with him and
know him to be hard working and God fearing, devoting his time and energy
to mentoring young men in his church.

I really hope you will take into consideration his many good qualities and his
obvious remorse for the crime that he is accused of committing when you
render you decision.

Thank you for your time.

Sincerely,

Jacqueline S. Hall
Jacqueline S. Hall

February 7, 2008


Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, NW
Washington, DC  20001


Dear Judge Kennedy:

My name is Mrs. Marcella (Barnes) Johnson, and I am the former supervisor of Mr. Eric
Shannon.  He was under my supervision for the past 8 years, and he was an outstanding
employee, with whom I had no problems.  I know of Mr. Shannon to be a good Dad, a
participant in his community to get things done, a good guy and hardworking young man.
I miss him – and if I had the opportunity to get him back – I would.

Sincerely,

Ms. Marcella (Barnes) Johnson
General Forman
DPW