**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-257-01</u> |
| | : | |
| vs. | : | SSN: __ |
| | : | |
| SHANNON, Eric | : | Disclosure Date: <u>December 31, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney                                Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Eric Shannon_  1/14/08        _[signature]_  1/14/08
Defendant        Date            Defense Counsel   Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 14, 2008</u>, to U.S. Probation Officer <u>Crystal S. Lustig</u>, telephone number <u>(202) 565-1425</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

January 14, 2008

Crystal Lustig
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

                          Re:    **United States v. Eric Shannon**
                                  **Criminal No.: 07-257 (HHK)**

Dear Ms. Lustig:

      Enclosed please find the Defendant's Objections and Comments to the Pre-Sentence Report, prepared in the above case, dated December 31, 2007.

## Objections and Comments

      1.     Mr. Shannon requests that the sentencing date be changed to February 21, 2008 at 10 a.m. Also, Mr. Shannon requests that his date of birth on Page Two of the PreSentence Report reflect his date of birth as

      2.     Mr. Shannon respectfully requests that Paragraph 42 on Page 9 of the PreSentence Report be modified to reflect that currently only he and his wife reside at the      Street address. Joan Nichols and her children now reside in their own residence on      , S.E., Washington, D.C.

      3.     Mr. Shannon respectfully requests that Paragraph 49 on Page 10 of the PreSentence Report be modified to reflect that he has his CDL license which he obtained in 2004. Further, Mr. Shannon has completed a variety of anger management courses which were required as a condition of his employment with the D.C. Department of Public Works.

      4.     Mr. Shannon respectfully requests that the financial information on Page 11 of the PreSentence Report be modified. Mr. Shannon maintains that his life insurance policy has no

equity as of yet because Mr. Shannon has not had the policy long enough to warrant any equity. Further, Mr. Shannon maintains that his checking account monthly average is much less than what is reported. Mr. Shannon maintains that he has about $2,000.00 in unencumbered assets. Mr. Shannon maintains that his total assets is approximately $17,165.00. Further, Mr. Shannon maintains that his bankruptcy proceedings include his collection account for $309.00.

    Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

                                          Very truly yours,

                                          Dani Jahn
                                          Assistant Federal Public Defender

cc:    Tim Lynch
        Assistant U.S. Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530